UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                              CASE NO: 26-10248-CLC
                                                                                                    CHAPTER 13
LINDA BUCKLEY,
       Debtor
_____/

**MOTION FOR ORDER UNDER 11 U.S.C. § 362(c)(4)(A)(ii)
CONFIRMING THAT NO AUTOMATIC STAY IS IN EFFECT AND
REQUEST FOR ORDER GRANTING A TWO-YEAR BAR UNDER §362(d)(4)(B)**

      U.S. Bank Trust Company, National Association, as Trustee, successor in interest to U.S. Bank National Association, as Trustee for Yale Mortgage Loan Trust, Series 2007-1 ("Movant"), by and through its undersigned counsel, files this *Motion for Order Under 11 U.S.C § 362(c)(4)(A)(ii) Confirming that No Automatic Stay is in Effect and Request Granting a Two-Year Bar*, and in support thereof states as follows:

      1.      Movant holds a security interest in the Debtor's real property located at 19800 SW 180th Avenue Unit 296, Miami, FL 33187 , by virtue of a Mortgage which is recorded in the Public Records of Miami-Dade County, Florida.  Said Mortgage secures a Note in the amount of $57,500.00.

      2.      The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on January 12, 2026.

      3.      The Debtor is an individual.

      4.      On September 13, 2024, the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (the "Circuit Court") entered a Final Judgment of Foreclosure (the "Final Judgment") in Case No. 2023-001917-CA-01 (the "Foreclosure Case"), in favor of Movant as to the property.  Movant is entitled to enforce the Final Judgment.  Said Final

Judgment is attached hereto as **Exhibit "A".**

    5.    Within the previous year, two or more cases of the Debtor were pending but were dismissed, to wit

        a.    Bankruptcy Case No. 25-16714-RAM, which was dismissed on August 4, 2025; and

        b.    Bankruptcy Case No. 24-22613-LMI, which was dismissed on March 12, 2025.

True and correct copies of the dismissal orders are attached hereto.

    6.    Neither of the prior cases was a case refiled under section 707(b).

    7.    Therefore, pursuant to § 362(c)(4)(A)(i), the automatic stay did not go into effect upon the filing of the current case.

    8.    Additionally, Movant requests an order granting a two- year bar pursuant to 11 U.S.C. § 362(d)(4)(B) as the Debtor have filed the current case as part of a scheme to delay, hinder, and defraud Movant.

    9.    The Debtor, have filed 3 bankruptcies in an attempt to delay, hinder and defraud Movant.

| BK Filing # | BK filed Date | Foreclosure Sale Date | BK Case No. | Debtor Name | Reason For Dismissal | Dismissal Date |
|---|---|---|---|---|---|---|
| 1 | 11/29/2024 | 12/02/2024 | 24-22613-LMI | Linda Kay Buckley aka Linda Buckley aka Linda K. Buckley | Dismissed for Other Reason | 03/12/2025 |
| 2 | 06/13/2025 | 06/16/2025 | 25-16714-RAM | Linda Kay Buckley | Dismissed for failure to make plan payments | 08/04/2025 |

| 3 | 01/12/2026 | 01/12/2026 | 26-10248-CLC | Linda Buckley | n/a | n/a |

* A copy of the Dismissal orders are attached as Exhibit "B".

10.    Movant seeks an order imposing a prospective period of in rem relief pursuant to 11 U.S.C. § 362(d)(4), to prevent future filings by the Debtor, and any other individual or entity to further disrupt the foreclosure process, up to and including the issuance and execution of a Writ of Possession.

**WHEREFORE**, Movant respectfully requests an Order confirming that the automatic stay is not currently in effect, that the Court enter a two-year in *rem bar* as to the Subject Property, and such other and further relief as the Court may deem just and proper.

*/s/Neisi I. Garcia Ramirez*
Teresa M. Hair, FL Bar No. 44079
Patrick Hruby, FL Bar No. 0088657
Neisi I. Garcia Ramirez, FL Bar No. 91430
Dennis J. LeVine, FL Bar No. 375993
Jay Jones, FL Bar No. 90736
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
FloridaBKLegal@brockandscott.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO: 26-10248-CLC
LINDA BUCKLEY,  CHAPTER 13
    Debtor
_____/

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Motion has been electronically served or mailed, postage prepaid on this day to the following:

LINDA BUCKLEY
19800 SW 180TH AVE
LOT 296
MIAMI, FL 33187

NANCY K. NEIDICH
WWW.CH13MIAMI.COM
POB 279806
MIRAMAR, FL 33027
E2C8F01@CH13MIAMI.COM

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130
USTPREGION21.MM.ECF@USDOJ.GOV

    Date: February 9, 2026

                                            /s/Neisi I. Garcia Ramirez
                                            Teresa M. Hair, FL Bar No. 44079
                                            Patrick Hruby, FL Bar No. 0088657
                                            Neisi I. Garcia Ramirez, FL Bar No. 91430
                                            Dennis J. LeVine, FL Bar No. 375993
                                            Jay Jones, FL Bar No. 90736
                                            Attorney for Creditor
                                            BROCK & SCOTT, PLLC
                                            3825 Forrestgate Drive
                                            Winston Salem, NC 27103
                                            Telephone: (844) 856-6646
                                            Facsimile: (704) 369-0760
                                            FloridaBKLegal@brockandscott.com